**Mohamed Karamoh SILLAH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–2318.

United States Court of Appeals, Fourth Circuit.

Submitted: May 15, 2012.

Decided: May 25, 2012.

Randall L. Johnson, Johnson & Associates, P.C., Arlington, Virginia, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Leslie McKay, Assistant Director, Allison Frayer, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohamed Karamoh Sillah, a native and citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Sillah's motion. *See* 8 C.F.R. § 1003.2(a) (2011). We accordingly deny the petition for review for the reasons stated by the Board. *See In Re: Sillah* (B.I.A. Oct. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*